STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Kevin Joseph Koenig
Raggio, Cappel
P. O. Box 820
Lake Charles LA 70602-0820

**REHEARING ACTION: January 8, 2014**

**Docket Number: 13 00945-CW**

**EASY WAY HOMES CORPORATION
VERSUS
CRAIG D. VEZINAT, ET AL.
***consolidated with***
CRAIG D. VEZINAT, ET AL.
VERSUS
PLATINUM HOMES, INC., ET AL.**

**Writ Application from Calcasieu Parish Case No. 08-6114 c/w 10-6147**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters
Hon. Marc T. Amy
Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Easy Way Homes Corporation** has this day been

    **DENIED.**

cc: Mark Reese Pharr, III, Counsel for the Applicant
    David Clay Clarke, Counsel for the Applicant
    Lamont Paul Domingue, Counsel for the Applicant
    Terrell DeWight Fowler, Counsel for the Respondent